266 So.2d 340

In re Ted RAINEY, alias

v.

STATE.

Ex parte Ted Rainey.

5 Div. 930.

Supreme Court of Alabama.

Sept. 7, 1972.

Samford, Torbert, Denson & Horsley, Opelika, for petitioner.

No brief for the State.

BLOODWORTH, Justice.

Petition of Ted Rainey for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Rainey, alias v. State, 266 So.2d 335.

Writ denied.

HEFLIN, C. J., and MERRILL, COLEMAN and McCALL, JJ., concur.

268 So.2d 859

In re Robert RATCLIFF

v.

STATE.

Ex parte Robert Ratcliff.

SC 128.

Supreme Court of Alabama.

Nov. 9, 1972.

Robert Ratcliff, pro se.

HARWOOD, Justice.

Petition of Robert Ratcliff for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Ratcliff v. State, 49 Ala.App. 77, 268 So.2d 858.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and SOMERVILLE, JJ., concur.

269 So.2d 625

In re Willie Earl REESE

v.

STATE.

Ex parte Willie Earl Reese.

SC 143.

Supreme Court of Alabama.

Nov. 16, 1972.

T. G. Gayle, Selma and J. Garrison Thompson, Pitts, Pitts & Thompson, Selma, for petitioner.

William J. Baxley, Atty. Gen., and Don C. Dickert, Asst. Atty. Gen., for the State.

SOMERVILLE, Justice.

Petition of Willie Earl Reese for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Reese v. State, 49 Ala.App. 167, 269 So.2d 622.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and MADDOX, JJ., concur.